In the Matter of the Probate of the Will of JOHN GIBBONS, Deceased.

NORAH O'BOYLE, Appellant; ANNE GIBBONS et al., Respondents.

Argued May 20, 1940; decided June 11, 1940.

*Harold St. L. O'Dougherty* and *Benjamin W. Schwartzberg* for appellant.

*Osborne A. McKegney, James H. Gilvarry* and *John J. Rooney* for respondents.

Order of Appellate Division affirmed, with costs to the respondents payable out of the estate. No opinion.

Concur: LEHMAN, Ch. J., FINCH, SEARS and LEWIS, JJ. Dissenting: LOUGHRAN, RIPPEY and CONWAY, JJ.